**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FREDERICK J. GREDE, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, </br></br> Plaintiff, </br> v. </br></br> AMERICAN NATIONAL TRADING CORP., </br></br> Defendant. | Honorable Rebecca R. Pallmeyer </br></br> Case No. 09-cv-00137 |

**AMERICAN NATIONAL TRADING CORP.'S MOTION FOR
ENTRY OF JUDGMENT ON COUNTS I THROUGH V OF THE
TRUSTEE'S SECOND AMENDED COMPLAINT**

Defendant, American National Trading Corp. ("American National"), respectfully submits this Motion for Entry of Judgment on Counts I through V of the Trustee's Second Amended Complaint. Specifically, American National seeks an Order from the Court: (1) entering judgment in American National's favor and against the Trustee on Counts I through V of the Trustee's Second Amended Complaint; (2) directing the Trustee to pay American National its pro rata share of the SEG 1 Reserve and the Section 7.20(b) Disputed Claims Reserve within seven days of this Court's entry of judgment on Count III; and (3) granting all other just relief.

A Memorandum of Law has been submitted herewith.

Accordingly, in view of the arguments in the accompanying memorandum, American National respectfully requests that the Court GRANT its Motion for Entry of Judgment on Counts I through V of the Trustee's Second Amended Complaint.

Dated:  October 16, 2017               Respectfully submitted,

                                       AMERICAN NATIONAL TRADING CORP.

                                       By:/s/  Henry K. Becker ]
                                              Its Attorney


Henry K. Becker, atty at law
227 South Blvd.
Oak Park, IL  60302
312-278-3004
hb@hkb-law.com
No. 6187414

## CERTIFICATE OF SERVICE

I, Henry K. Becker, an attorney, hereby certify that on October 16, 2017, I electronically filed the foregoing AMERICAN NATIONAL TRADING CORP.'S MOTION FOR ENTRY OF JUDGMENT ON COUNTS I, II, IV and V with the Clerk of the Court using the CM/ECF system, which caused the same to be served on all counsel of record via ECF filing.

By: /s/ Henry K. Becker ]